UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HAVEN AT VENTURA, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA et al,<br><br>   Defendants. | Case No. 2:22-cv-01284-MEMF (RAOx)<br><br>**ORDER DISMISSING WITHOUT PREJUDICE DEFENDANTS CERTAIN UNDERWRITERS AT LLOYD'S LONDON KNOWN AS SYNDICATES: QBE 1886, ADV 780, BAR 1955, and MSP 318; and STRIKING PORTIONS OF THE COMPLAINT [ECF NO. 29]** |

/ / /

/ / /

-1-

Based upon the stipulation of the parties and good cause having been shown, IT IS HEREBY ORDERED THAT:

1. The Defendants identified in the Complaint (ECF No. 1) as Certain Underwriters at Lloyd's, London Known as Syndicates QBE 1886, ADV 780, BAR 1955, and MSP 318 are dismissed from this lawsuit without prejudice, each of the parties to bear its own attorneys' fees and costs;

2. Paragraph 31.D of the Complaint (Doc. 1) and Page 2 of 7 of Exhibit A to the Complaint (ECF No. 1-1) are stricken from the Complaint;

3. The motion to dismiss filed by Certain Underwriters at Lloyd's, London Known as Syndicates QBE 1886, ADV 780, BAR 1955, and MSP 318 (ECF No. 27) is now MOOT, and the oral argument scheduled for June 16, 2022 is vacated.

IT IS SO ORDERED.

Dated: May 24, 2022

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge