# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HAVEN AT VENTURA, LLC, | Case No. 2:22-cv-01284-MEMF-PLA |
| Plaintiff, | |
| vs. | **ORDER RE STIPULATED PROTECTIVE ORDER** |
| GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA; WESTCHESTER SURPLUS LINES INSURANCE COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON KNOWN AS SYNDICATES TMK 510 and TMK 1880 and DOES 1-20, inclusive, | |
| | **JURY TRIAL DEMANDED** |
| Defendants. | Complaint Filed: 02/24/2022 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

DATED: October 7, 2022

*Paul L. Abrams*

PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE