JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HAVEN AT VENTURA, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA; WESTCHESTER SURPLUS LINES INSURANCE COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON KNOWN AS SYNDICATES TMK 510, and TMK 1880; and DOES 1-20, inclusive, <br><br> Defendants. | Case No. 2:22-cv-01284-MEMF-PLA <br><br> **FINAL JUDGMENT** |

**FINAL JUDGMENT**

This action came on regularly for trial by jury on August 11, 2025, in the United States District Court for the Central District of California, the Honorable Maame Ewusi-Mensah Frimpong presiding. On August 11, 2025, a jury of eight persons was regularly impaneled and examined and sworn. On August 22, 2025, the jury returned a special verdict in Defendants' favor. The Defendants moved for final judgment to be entered and the Plaintiff did not oppose.

The Court hereby directs that judgment be entered in accord with the special verdict, and

IT IS ORDERED, ADJUDGED, AND DECREED that judgment be and is hereby entered in favor of Defendants General Security Indemnity Company of Arizona, Westchester Surplus Lines Insurance Company, Endurance American Specialty Insurance Company; Certain Underwriters At Lloyd's London Known As Syndicates TMK 510, and TMK 1880, and against Plaintiff, The Haven at Ventura, LLC, on all claims and causes of action asserted in this matter.

The Clerk shall enter this Final Judgment in favor of Defendants pursuant to Federal Rule of Civil Procedure 58. As the prevailing party, Defendants may file an Application to the Clerk to Tax Costs pursuant to Federal Rule of Civil Procedure 54(d) and the Central District of California's Local Civil Rules.

Dated: September 15, 2025

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge